# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL |||
|---|---|---|
| CASE TITLE:<br>Gary Friedrich Enterprises, LLC and Gary Friedrich<br><br>vs.<br><br>Marvel Characters, Inc., et al. | USCA DOCKET NUMBER:<br>12-893 | COUNSEL'S NAME:<br>Charles S. Kramer |
| | DISTRICT/AGENCY:<br>Southern District-New York | COUNSEL'S ADDRESS:<br>Riezman Berger, P.C.<br>7700 Bonhomme Ave., 7th Floor<br>St. Louis, Missouri 63105 |
| | DISTRICT/AGENCY NUMBER:<br>08-cv-01533 | DATE:<br>June 25, 2013 |

Counsel for
Plaintiffs - Counter-Defendants - Appellants Gary Friedrich Enterprises, LLC and Gary Friedrich

respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
Defendant - Counter-Claimant - Appellee Marvel Characters, Inc.

and in favor of
Plaintiffs - Counter-Defendants - Appellants Gary Friedrich Enterprises, LLC and Gary Friedrich

for insertion in the mandate.

Docketing Fee                                                                $ 455.00

Costs of printing appendix (necessary copies ___6___)         $2,132.46

Costs of printing brief (necessary copies ___6___)              $ 96.00

Costs of printing reply brief (necessary copies ___6___)     $ 46.80

Costs of corrected appendie (necessary copies ___6___)    $1,090.06

**(VERIFICATION HERE)**

                                                                                        Signature

Rev. April, 2011

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| GARY FRIEDRICH ENTERPRISES, LLC<br>AND GARY FRIEDRICH, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | USCA Docket No. 12-893 |
| v. | )<br>)<br>) | |
| MARVEL CHARACTERS, INC., et al., | )<br>) | |
| Defendants. | ) | |

## AFFIDAVIT OF CHARLES S. KRAMER IN SUPPORT OF BILL OF COSTS

I, Charles S. Kramer, being duly sworn, deposes and states as follows:

1. I am a principal of the law firm Riezman Berger, P.C. and serve as lead counsel to Plaintiffs-Counter-Defendants/Appellants Gary Friedrich Enterprises, LLC and Gary Friedrich (collectively "Friedrich") in the above-captioned action.

2. Pursuant to Rule 39 of the Federal Rules of Appellate Procedure, I have attached itemized invoices, and accompanying documentation, in support of Friedrich's Bill of Costs. These additional documents support the total contained in the Bill of Costs as filed. I have reviewed each item and state that they are true and accurate to the best of my knowledge and belief and that each item was necessarily incurred in this case.

3. Appellant submitted six hard copies of the Joint Appendix (as well as the Specific Appendix), with the initial three specified by Local Rule 30.1, and an additional three of which were requested by the Court pursuant to its Order (Document 37), dated March 27, 2012. Costs include the typesetting, binding and cover, in addition to the creation of an electronic copy required by the Court, for a total cost of $2,132.46. See Exhibit A, invoice of Ricoh.

4. Appellant submitted six copies of the Corrected Joint Appendix volumes 2, 4, 5, 8, 9, 10 and 11 and the Special Appendix. Costs include the typesetting, binding and cover, in addition to an electronic copy as required by the Court, for a total cost of $1,090.06. See Exhibit B, invoice of Ricoh.

5. Appellant submitted six copies of the Opening Brief as required by Local Rule 31.1 (including typesetting, binding and cover) at a cost of $96.00. See Exhibit C, Riezman Berger, P.C. itemized copying statement (cost of 6 copies at 80 pages and .20 cents per page).

6. The additional copies and related costs itemized on Exhibit C are for non-taxable copying charges and are not requested.

7. Appellant submitted six copies of the Reply Brief as required by Local Rule 31.1 (including typesetting, binding and cover) at a cost of $46.80. See Exhibit D, Riezman Berger, P.C. itemized copying statement (cost of 6 copies at 39 pages and .20 cents per page).

8. The additional copies and related costs itemized on Exhibit D are for non-taxable copying charges and are not requested.

9. Appellant also requests its docketing fee of $455.00.

10. The total costs requested pursuant to Federal Rule of Appellate Procedure 39 is $3,820.32, representing costs incurred in connection with the reproduction and binding of necessary copies of Friedrich's Opening Brief, Joint Appendix, Special Appendix, and Reply Brief.

Dated: St. Louis, Missouri  
      June 25, 2013

By: _____  
Charles S. Kramer  
Riezman Berger, P.C.  
7700 Bonhomme Ave, 7th Floor  
St. Louis, Missouri 63105  
Tel: (314) 727-0101  
Fax: (314) 727-6458

STATE OF MISSOURI       )  
                              ) S.S.  
COUNTY OF SAINT LOUIS  )

Subscribed and sworn to before me this 25th day of June, 2013.

My Commission Expires:  
July 6, 2016

_____  
NOTARY PUBLIC

G. GREG BUNDREN  
Notary Public - Notary Seal  
STATE OF MISSOURI  
St. Louis City  
My Commission Expires: July 6, 2016  
Commission # 12380222

3

# EXHIBIT A

Page 1 of 1

# RICOH

## INVOICE

Ricoh USA, Inc. - St Louis, MO
Phone: (314) 241-0444  Fax: (314) 241-2678
Federal ID: 230334400

| | |
|---|---|
| Invoice # | STL12060149 |
| Invoice Date: | 06/18/2012 |
| Due Date: | 07/18/2012 |
| Terms: | Net 30 Days |
| Customer Code: | STL-00GR |
| Natl ID: | 86254 |

**BILL TO:**
EVANS BLASI
1512 Johnson Rd.
GRANT CITY, MO 64456

**SHIP TO:**
EVANS BLASI
1512 Johnson Rd.
GRANT CITY, MO 64456

Attn: Eric Evans

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| Griedrich v. Marvel | | | Jerome Hamilton |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1206-0147 | 06/15/2012 | Eric Evans - EVANS BLASI | | | |
| 735 | DVD - Master | | 2.00 | 15.0000 | 30.00 |
| *727 | Technical Services (hr) | | 0.50 | 150.0000 | 75.00 |
| *717 | OCR | | 3,378.00 | 0.0300 | 101.34 |
| 602 | Binds - GBC | | 96.00 | 2.0000 | 192.00 |
| *710 | Image Capture A - Autofeed | | 3,378.00 | 0.0600 | 202.68 |
| 729 | Prints w/o Assembly | | 27,024.00 | 0.0600 | 1,621.44 |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 1,843.44 |
| Sales Tax: | 156.53 |
| * Non-Taxable: | 379.02 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **2,378.99** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received/Accepted by: {Print} _____ {Signature} _____ Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
EVANS BLASI
1512 Johnson Rd.
GRANT CITY, MO 64456

**Amount Enclosed**
$ _____

Invoice: STL12060149
Invoice Date: 06/18/2012
Due Date: 07/18/2012
Customer Code: STL-00GR
natl id: 86254

**Please Remit To:**
Ricoh USA, Inc.
Legal Document Services Dallas District - STL
P O Box 676466
Dallas, TX 75267-6466

**PAY THIS AMOUNT** $ 2,378.99

# EXHIBIT B

Case 12-893, Document 149, 06/25/2013, 975088, Page7 of 13

Page 1 of 1

# RICOH

## INVOICE

| | |
|---|---|
| Invoice # | STL12070150 |
| Invoice Date: | 07/17/2012 |
| Due Date: | 08/16/2012 |
| Terms: | Net 30 Days |
| Customer Code: | STL-00GR |
| Natl ID: | 86254 |

Ricoh USA, Inc. - St Louis, MO
Phone: (314) 241-0444   Fax: (314) 241-2678
Federal ID: 230334400

**BILL TO:**
EVANS BLASI
1512 Johnson Rd.
GRANT CITY, MO 64456

**SHIP TO:**
EVANS BLASI
1512 Johnson Rd.
GRANT CITY, MO 64456

Price using: STANDARD Price

Attn: Eric Evans

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| Griedrich v. Marvel | | | Jerome Hamilton |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1207-0145 | 07/17/2012 | Eric Evans - EVANS BLASI | | | |
| 4009 | CD - Master Burn | | 1.00 | 15.0000 | 15.00 |
| *717 | OCR | | 2,138.00 | 0.0300 | 64.14 |
| 602 | Binds - GBC | | 56.00 | 2.0000 | 112.00 |
| *710 | Image Capture A - Autofeed | | 2,138.00 | 0.0600 | 128.28 |
| *727 | Technical Services (hr) | | 1.50 | 150.0000 | 225.00 |
| 729 | Prints w/o Assembly | | 12,844.00 | 0.0600 | 770.64 |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 897.64 |
| Sales Tax: | 76.22 |
| * Non-Taxable: | 417.42 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT $** | **1,391.28** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received/Accepted by: {Print} _____  {Signature} _____  Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
EVANS BLASI
1512 Johnson Rd.
GRANT CITY, MO 64456

**Amount Enclosed**
$

Invoice: STL12070150
Invoice Date: 07/17/2012
Due Date: 08/16/2012
Customer Code: STL-00GR
natl id: 86254

**Please Remit To:**
Ricoh USA, Inc.
Legal Document Services Dallas District - STL
P O Box 676466
Dallas, TX 75267-6466

**PAY THIS AMOUNT** $ 1,391.28

# EXHIBIT C

Case 12-893, Document 149, 06/25/2013, 975088, Page9 of 13



Generated Tuesday, June 19, 2012
at 12:12:09PM

**Copy By Account Detail**

Yesterday

**Starting Date:** 6/18/2012   **Ending Date:** 6/18/2012   **Number of Days:** 1

| Date | Time | UserCode | User | Count | Amount |
|---|---|---|---|---|---|
| Location: CLA:Clayton,MO | | | | | |
| ▬▬▬ | ▬▬▬ | | | ▬▬▬ | ▬▬▬ |
| ▬▬▬ | ▬▬▬ | | | ▬▬▬ | ▬▬▬ |
| ▬▬▬ | ▬▬▬ | | | ▬▬▬ | ▬▬▬ |
| ▬▬▬ | ▬▬▬ | | | ▬▬▬ | ▬▬▬ |
| ▬▬▬ | ▬▬▬ | | | ▬▬▬ | ▬▬▬ |
| ▬▬▬ | ▬▬▬ | | | ▬▬▬ | ▬▬▬ |
| ▬▬▬ | ▬▬▬ | | | ▬▬▬ | ▬▬▬ |
| **Client: 24435: Gary Friedrich Enterprises, L.L.C.** | | | | | |
| **Matter: 002: Gary Friedrich Enterprises, L.L.C.** | | | | | |
| 6/18/2012 | 12:15:40PM | 103 | Jennifer Howell | 5 | $1.00 |
| 6/18/2012 | 12:21:45PM | 103 | Jennifer Howell | 22 | $4.40 |
| 6/18/2012 | 12:30:16PM | 103 | Jennifer Howell | 79 | $15.80 |
| 6/18/2012 | 12:34:10PM | 103 | Jennifer Howell | 84 | $16.80 |
| 6/18/2012 | 1:32:29PM | 103 | Jennifer Howell | 26 | $5.20 |
| 6/18/2012 | 2:08:42PM | 103 | Jennifer Howell | 711 | $142.20 |
| 6/18/2012 | 5:52:39PM | 103 | Jennifer Howell | 6 | $1.20 |
| **Totals for Matter: 002** | | | | 933 | $186.60 |
| **Totals for Client: 24435** | | | | 933 | $186.60 |
| ▬▬▬ | ▬▬▬ | | | ▬▬▬ | ▬▬▬ |
| ▬▬▬ | ▬▬▬ | | | ▬▬▬ | ▬▬▬ |
| ▬▬▬ | ▬▬▬ | | | ▬▬▬ | ▬▬▬ |
| ▬▬▬ | ▬▬▬ | | | ▬▬▬ | ▬▬▬ |

# EXHIBIT D



Generated     Tuesday, October 02, 2012
at    12:12:09PM

**Copy By Account Detail**

Yesterday

| Starting Date: | 10/1/2012 | | Ending Date: | 10/1/2012 | | Number of Days: | 1 |

| Date | Time | UserCode | User | | | Count | Amount |
|---|---|---|---|---|---|---|---|
| Location: CLA:Clayton,MO | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Client: 24435: Gary Friedrich Enterprises, L.L.C. | | | | | | | |
| Matter: 002: Gary Friedrich Enterprises, L.L.C. | | | | | | | |
| 10/1/2012 | 3:07:17PM | 167 | BUNDREN, G. GREG | | | 760 | $152.00 |
| 10/1/2012 | 3:13:56PM | 167 | BUNDREN, G. GREG | | | 22 | $4.40 |
| | Totals for Matter: 002 | | | | | 782 | $156.40 |
| | Totals for Client: 24435 | | | | | 782 | $156.40 |

Totals for Location: CLA

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2013, I filed the foregoing Verified Itemized Bill of Costs and the accompanying Affidavit of Charles S. Kramer, with exhibits via the ECF filing system for the United States Court of Appeals for the Second Circuit which will send electronic notification of such filing to all counsel of record.

Dated: St. Louis, Missouri
       June 23, 2013

By:   /s/ Charles S. Kramer
      RIEZMAN BERGER, P.C.
      Charles S. Kramer
      Joseph D. Schneider
      7700 Bonhomme Ave, 7th Floor
      St. Louis, Missouri 63105
      Tel: (314) 727-0101
      Fax: (314) 727-6458

      Counsel for Plaintiff-Counter-Defendant Appellant Gary Friedrich Enterprises, LLC and Gary Friedrich

4