# Case No. 12-893

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

---

GARY FRIEDRICH ENTERPRISES, LLC AND GARY FRIEDRICH
*Plaintiffs/Appellants*,

v.

MARVEL ENTERPRISES, INCORPORATED, ET AL
*Defendants/Appellees.*

---

## **AMENDMENT BY INTERLINEATION OF APPELLANTS VERIFIED ITEMIZED BILL OF COSTS**

---

Appeal from the United States District Court for the Southern District of New York
Civil Case No.: 08-CV-01533 (KBF)(JEF)

---

| | |
|---|---|
| RIEZMAN BERGER, P.C. | EVANS BLASI |
| Charles S. Kramer, Esq. | Eric Evans, Esq. |
| Joseph D. Schneider, Esq. | 1512 Johnson Road |
| 7700 Bonhomme, 7th Floor | Granite City, Illinois 62040 |
| St. Louis, Missouri 63105 | T: 618.225.6000 |
| T: 314.727.0101 | F: 618.798.6666 |
| F: 314.727.6458 | |

*Attorneys for Plaintiffs Gary Friedrich Enterprises, LLC and Gary Friedrich*

## **AMENDMENT BY INTERLINEATION OF APPELLANTS BILL OF COSTS**

COMES NOW, Plaintiffs/Counter-Defendants/Appellants, Gary Friedrich Enterprises, LLC and Gary Friedrich, by their undersigned attorneys, and respectfully amend its Verified Bill of Costs submitted on June 25, 2013 in the above-captioned matter. In support thereof, Plaintiffs/Counter-Defendants/Appellants state:

1. Plaintiffs/Counter-Defendants/Appellants filed a Verified Bill of Costs on June 25, 2013 (Document No. 149) that included the costs of its appeal.

2. The request for the costs of printing the joint appendix for the parties included in such Verified Bill of Costs incorporated the costs of the originally filed joint appendix ($2,132.46), and the costs for the printing of certain corrected pages which were thereafter filed.

3. After consultation with opposing counsel, Plaintiffs/Counter-Defendants/Appellants recognize and acknowledge that the pages submitted to correct certain originally filed pages supplanted and took the place of the original pages they corrected, and that requesting costs for both the original pages and the corrected versions of them is duplicative and is probably improper.

4. The cost of the duplicative pages was $1,090.06.

5. In light of the recognition of such duplication, Plaintiffs/Counter-Defendants/Appellants hereby amend their request for costs by interlineation and withdraw from their request such $1,090.06, so as not to seek recovery of the duplicative costs.

6. As revised, Plaintiffs/Counter-Defendants/Appellants' Bill of Costs thus requests and seeks costs in the total amount of $2,730.26, comprised of the docketing fee

2

($455.00), the revised cost of printing of the joint appendix ($2,132.46), the costs of printing the initial brief ($96.00), and the costs of the reply brief ($46.00).

WHEREFORE, Plaintiffs/Counter-Defendants/Appellants respectfully request that the Verified Itemized Bill of Costs be Amended by Interlineation to reduce the bill of costs requested to be taxed to $2,730.26 from $3,820.32, and for such other relief as the Court deems just and equitable.

Dated: July 5, 2013

Respectfully submitted,

By: /s/ Charles S. Kramer
RIEZMAN BERGER, P.C.
Charles S. Kramer, Esq.
Joseph D. Schneider, Esq.
7700 Bonhomme, 7th Floor
St. Louis, Missouri 63105
T: 314.727.0101
F: 314.727.6458

EVANS BLASI, P.C.
Eric Evans, Esq.
1512 Johnson Road
Granite City, Illinois 62040
T: 618.225.6000
F: 618.798.6666

*Attorneys for Plaintiffs Gary Friedrich Enterprises, LLC and Gary Friedrich*

## CERTIFICATE OF SERVICE

I hereby certify that the above pleading was filed electronically with the Clerk of the Court using the CM/ECF system this 5th of July, 2013, which will send notification to all those entitled to receive such notice.

/s/ Charles Kramer