# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

———————

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of August, two thousand and thirteen.

Before:    Ralph K. Winter,
              Denny Chin,
              Christopher F. Droney,
                  *Circuit Judges*.

_____

Gary Friedrich Enterprises, LLC., Gary Friedrich,

Plaintiffs-Counter-Defendants-Appellants,

    v.

Marvel Characters, Inc., a Delaware corporation,

Defendant-Counter-Claimant-Appellee.,

Marvel Enterprises, Incorporated, *et al.*,

Defendants-Appellees.

_____

**STATEMENT OF COSTS**
Docket No. 12-893

    IT IS HEREBY ORDERED that costs are taxed in the amount of $2,730.26 in favor of the appellants.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

